Case 1:20-cv-02328-WMR   Document 1-1   Filed 05/29/20   Page 1 of 1

State Court of Fulton County
**E-FILED**
20EV002363
4/23/2020 1:22 PM
LeNora Ponzo, Clerk
Civil Division

GEORGIA, FULTON COUNTY                                          DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY              CIVIL ACTION FILE #: _____
Civil Division

Jennifer McWhorter, Individually and as Executor of the Estate of Blanche Johnson, Deceased,

Plaintiff's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

vs.

Arbor Management Services, LLC attn: Judd Harper
3715 Northside Parkway, Building 300, Suite 110
Atlanta, GA 30327

Defendant's Name, Address, City, State, Zip Code

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Roderick E. Edmond w/Edmond Lindsay & Atkins, LLP
Address: 344 Woodward Avenue SE
City, State, Zip Code: Atlanta, GA 30312         Phone No.: 404-525-1080

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*
Served, this _____ day of _____, 20_____.     _____
                                                                DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____
This _____ day of _____, 20_____.   _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)